# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARIO WIGGINS, by and through his Guardian Ad Litem, TAMEKA WIGGINS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 50 inclusive,<br><br>Defendants. | **CASE NO. CV18-4804 GW (JCx)**<br>Hon. George H. Wu<br>Hon. Jacqueline Chooljian<br><br>**MODIFIED PROTECTIVE ORDER RE: DISCLOSURE OF CONFIDENTIAL INFORMATION** |

Having reviewed and considered the parties' Stipulated Proposed Protective Order Regarding the Disclosure of Confidential Information ("Stipulation"), IT IS HEREBY ORDERED that the Stipulation is approved as modified below:

1. Paragraph 3 of the Order on Stipulation is modified to read as follows: This Stipulation applies not only to the Confidential Material, but also to (1) any information copied or extracted from the Confidential Material; (2) all copies, excerpts, summaries or compilations of Confidential Material; and

1

(3) any deposition testimony, conversations, or presentations by Receiving Parties that might reveal Confidential Material, other than during a court hearing or at trial.  Counsel for the parties agree to request that any motions, applications or other pre-trial proceedings which would entail the disclosure of Confidential Material be heard by the Court in a manner that would preserve the confidential nature thereof, but this Stipulation does not otherwise govern the use of Confidential Material during a court hearing or at trial.  Any use of Confidential Material during a court hearing or at trial shall be governed by the orders of the presiding judge.

2. Paragraph 10 of the Order on Stipulation is modified to read as follows: Upon final termination of this litigation, including any appeal pertaining thereto, all materials still classified as Confidential Material at that time (except those in the possession of the judge/court personnel), and all copies thereof (except those in the possession of the judge/court personnel), including copies provided to any qualified person in Paragraph 4 herein above (except the judge/court personnel), shall be returned to the Disclosing Party within thirty (30) days.

3. The last sentence of Paragraph 11 of the Order on Stipulation is modified to read as follows:  In no event shall production or disclosure be made without prior written approval by the Disclosing Party's Counsel unless otherwise required by the law or court order.

4. The first sentence of Paragraph 12 of the Order on Stipulation is modified to read as follows:  Any pleadings, motions, briefs, declarations, stipulations, exhibits or other written submissions to the Court in this litigation which contain or incorporate Confidential Material shall be submitted for filing and maintained in accordance with Local Rule 79-5, which governs the filing of materials under seal.

5. Paragraph 13 of the Order on Stipulation is stricken as the substance thereof has been incorporated into Paragraph 3 of the Order on Stipulation (<u>see</u> Paragraph 1 above) to the extent appropriate.

IT IS SO ORDERED.

DATED: February 7, 2019

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE